JUDGE JOHNSTON

FILED
4/8/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNDER SEAL** 25CR50012 |
| vs. | No. |
| JAMES PRICE and CYNTHIA SMITH | Violations: Title 18, United States Code, Sections 1594(c), 1591(a), (b)(1), and (c), and 2423(a) and (b) |

**COUNT ONE**

The MARCH 2024 GRAND JURY charges:

1. Beginning no later than in or about March 2024, and continuing until on or about September 29, 2024, at South Beloit, in the Northern District of Illinois, Western Division, and elsewhere,

JAMES PRICE and
CYNTHIA SMITH

defendants herein, conspired with each other, in and affecting interstate commerce, to knowingly entice, harbor, transport, provide, obtain, and maintain, by any means a person, namely Minor Victim A, and to benefit financially and by receiving anything of value from participation in a venture which has engaged in enticing, harboring, transporting, providing, obtaining, and maintaining by any means a person, namely Minor Victim A, having had a reasonable opportunity to observe Minor Victim A, knowing and in reckless disregard of the fact that (1) means of force and coercion, any combination of such means, would be used to cause Minor Victim A to engage in a commercial sex act, and (2) Minor Victim A had not attained the age of 18 years and

would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a), (b)(1), and (c);

All in violation of Title 18, United States Code, Section 1594(c).

**COUNT TWO**

The MARCH 2024 GRAND JURY further charges:

Beginning no later than in or about March 2024, and continuing until on or about September 29, 2024, at South Beloit, in the Northern District of Illinois, Western Division, and elsewhere,

JAMES PRICE and
CYNTHIA SMITH

defendants herein, in and affecting interstate commerce, knowingly enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely, Minor Victim A, having had a reasonable opportunity to observe Minor Victim A, and knowing and in reckless disregard that (1) means of force, threats of force, and coercion, and any combination of such means, would be used to cause Minor Victim A to engage in a commercial sex act, and (2) Minor Victim A had not attained the age of 14 years at the time of such offense;

In violation of Title 18, United States Code, Section 1591(a), (b)(1), and (c).

**COUNT THREE**

The MARCH 2024 GRAND JURY further charges:

On or about September 29, 2024, at South Beloit, in the Northern District of Illinois, Western Division, and elsewhere,

CYNTHIA SMITH

defendant herein, knowingly transported Minor Victim A, who had not attained the age of 18 years, in interstate commerce with the intent that Minor Victim A engage in prostitution or any sexual activity for which any person can be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2423(a).

COUNT FOUR

The MARCH 2024 GRAND JURY further charges:

On or between September 24, 2024 and September 29, 2024, at South Beloit, in the Northern District of Illinois, Western Division, and elsewhere,

JAMES PRICE

defendant herein, traveled in interstate commerce from the state of Alabama to the state of Illinois, for the purpose of engaging in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f) with Minor Victim A, a minor who was 11 years old;

In violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL:

FOREPERSON

Andrew S. Boutros by Jessica Maness

UNITED STATES ATTORNEY